ACCEPTED
04-14-00811-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/5/2015 2:24:42 PM
KEITH HOTTLE
CLERK

No. 04-14-00811-CV

_____

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/05/2015 2:24:42 PM
KEITH E. HOTTLE
Clerk

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

_____

_____

**RANDY COLEMAN**

*Appellants*

v.

**RALPH DEAN**

*Appellee*

_____

APPEAL FROM CAUSE NO. 11-04-49987-CV
79th DISTRICT COURT, JIM WELLS COUNTY, TEXAS
HON. JUDGE RICHARD C. TERRELL

_____

**APPELLANT'S MOTION TO ABATE AND REMAND**

_____

Paul R. Lawrence
State Bar No. 12050000
2180 North Loop West, Suite 510
Houston, Texas 77018
(713) 864-8000
(713) 864-0179 (fax)
prlawrence@lbandd.com

*Counsel for Appellant Randy Coleman*

1

## IDENTITY OF PARTIES AND COUNSEL

| Appellants/Defendants: | Appellate Counsel: |
|---|---|
| Randy Coleman | Paul Lawrence<br>State Bar No. 12050000<br>2180 North Loop West, Suite 510<br>Houston, Texas 77018 |
| Jim Coleman Company | Paul Lawrence<br>State Bar No. 12050000<br>2180 North Loop West, Suite 510<br>Houston, Texas 77018 |

| Appellee/Plaintiff: | Trial Counsel: |
|---|---|
| Ralph Dean | Charles C. Webb<br>State Bar of Texas No. 21039500<br>Webb Cason PC<br>710 N. Mesquite<br>Corpus Christi, Texas 78401 |

**Lead Appellate Counsel:**

Frank Weathered
Dunn Weathered Coffey Rivera &
Kasperitis, PC
611 South Upper Broadway
Corpus Christi, Texas  78401

No. 04-14-00811-CV

_____

_____

## In the Fourth Court of Appeals
## San Antonio, Texas

_____

_____

## RANDY COLEMAN

*Appellants*

v.

## RALPH DEAN

*Appellee*

_____

APPEAL FROM CAUSE NO. 11-04-49987-CV
79th DISTRICT COURT, JIM WELLS COUNTY, TEXAS
HON. JUDGE RICHARD C. TERRELL

_____

## APPELLANT'S MOTION TO ABATE AND REMAND

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Comes now Randy Coleman, Appellant, Defendant in the trial court, and files this Motion to Abate Appeal to extend time for filing of Findings of Fact and Conclusions of Law, and would respectfully show the Court the following:

I.

Appellant Randy Coleman was found to be responsible pursuant to a Trial, presented to the Jury by Plaintiff, but withdrawn from Jury's consideration by Plaintiff. The Judge of the Court signed the Judgment on June 30, 2014. Appellant Randy Coleman brought this Restricted Appeal predicated on his post answer default and the fact that he did not have notice or knowledge, either actual or constructive, of the Judgment.

II.

Appellant Randy Coleman was relegated to this Restricted Appeal to seek any relief. He was afforded no opportunity to file Requests for Findings of Fact and Conclusions of Law. This Court has noted that he can only rely on legal insufficiency of evidence, not factual insufficiency.

III.

Appellant Randy Coleman has been deprived of any meaningful appeal without those Findings and Conclusions. Such is not the purpose or the intended effect of permitting a Defaulting Post Answer Defendant an appeal.

4

## IV.

The Judge that presided the Trial is still on the 79th District Court bench. Further, all the lawyers involved at the Trial are also available. Rule 2 of the Rules of Appellate Procedure give this Court broad authority to abate this case and begin time deadlines anew. Appellant Randy Coleman requests that the Court abate this Appeal and remand to the Trial Court for an opportunity to prepare and file such Requests within 20 days. It would appear 60-90 days would be a reasonable time to prepare, circulate, object, amend and for requests for additional findings and conclusions.

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Motion to Abate and Remand be granted, that the Case be remanded to the Trial Court for preparation and filing of Findings of Fact and Conclusions of Law as soon as practicable. Appellant also prays for all such other and further relief to which they may be justly entitled at law or in equity.

RESPECTFULLY SUBMITTED:
LAWRENCE AND BACA, PLLC


_____/s/ Paul R. Lawrence_____
Paul R. Lawrence
State Bar No. 12050000
2180 North Loop West, Suite 510
Houston, Texas 77007
Telephone: (713) 864-8000
Fax: (713) 864-0179
prlawrence@lbandd.com
*Counsel for Appellant*


CERTIFICATE OF CONFERENCE


I, Paul R. Lawrence hereby certify that I have contacted Frank Weathered's office and at the time of the filing of the Motion and we were unable to reach an agreement.

_/s/ Paul R. Lawrence_____
Paul R. Lawrence

## CERTIFICATE OF SERVICE

I, Paul R. Lawrence, in compliance with Texas Rule of Appellate Procedure, hereby certify that a true and correct copy of the foregoing Appellant's Motion to Abate and Remand was sent to all other parties to the trial court's judgment by facsimile transmission, eservice or certified mail on this the 5th day of October, 2015, as listed below:

Charles C. Webb
Webb Cason PC
710 N. Mesquite
Corpus Christi, Texas 78401
Charlie@wcctxlaw.com

Frank Weathered
Dunn Weathered Coffey Rivera & Kasperitis, PC
611 South Upper Broadway
Corpus Christi, Texas  78401
fweathered@swbell.net

Parker Webb
Webb Cason PC
710 N. Mesquite
Corpus Christi, Texas 78401
parker@wcctxlaw.com

J. Michael Guerra
Law Office of J. Michael Guerra
1600 E. Main, Suite 227
P.O. Box 1968
Alice, Texas  78333
Jmguerra14@gmail.com

Living Modular
16221 Koester
Houston, Texas 77040

_/s/ Paul R. Lawrence_
Paul R. Lawrence

7